UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAO ALEXANDRE DOS REIS FRANCO,

　　　　　Petitioner,

　　v.

CRAIG MEYER, et al.,

　　　　　Respondents.

Case No. 25-cv-09480-EKL

**ORDER REGARDING TRO MOTION BRIEFING DEADLINES**

Re: Dkt. No. 7

On November 3, 2025, Petitioner filed a petition for writ of habeas corpus seeking his immediate release from the custody of Immigration and Customs Enforcement ("ICE"). *See* Petition, ECF No. 1. The next day, the case was assigned to this Court, and the Court issued an Order to Show Cause ("OSC") requiring Respondents to file an answer within three days after they are served with the petition and the OSC. ECF No. 3. On November 11, 2025, Petitioner filed a motion for a temporary restraining order. TRO Motion, ECF No. 7. Petitioner also filed a status report attesting that Respondents were served with the petition and the TRO Motion on November 10, 2025. Status Report, ECF No. 6.

Having reviewed the TRO Motion, the Court ORDERS that briefing in response to the OSC and the TRO Motion shall be consolidated as follows. The following deadlines supersede those set by the OSC:

1. By **November 14, 2025**, Respondents shall file a combined response to the TRO Motion and an answer responding to the allegations in the Petition. The response shall show cause as to why a writ of habeas corpus should not be issued. Respondents must file with the answer a copy of all documents that are relevant to a determination of the issues presented by the Petition.

2. By **November 18, 2025**, Petitioner may file a combined reply in support of the TRO Motion and response to Respondents' answer.

3. After briefing concludes, the Court will set a hearing as needed.

4. The parties may request to amend these deadlines by filing a stipulation and proposed order for the Court's consideration.

Petitioner is directed to serve Respondents with a copy of the filed TRO Motion and this Order by **November 12, 2025**.

      **IT IS SO ORDERED.**

Dated: November 11, 2025

 

 

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2