CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOAO ALEXANDRES DOS REIS FRANCO,<br><br>Petitioner<br><br>v.<br><br>CRAIG MEYER, et al.,<br><br>Respondents | ~~No. 25-cv-08998-JSC~~  5:25-cv-09480-EKL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA** |

Pursuant to the Court's Order for Supplemental Briefing, Dkt. No. 11, the parties have met and conferred regarding Petitioner's district of confinement and hereby stipulate as follows:

1. Jurisdiction over this petition lies in the Eastern District of California rather than the Northern District of California. *Doe v. Garland*, 109 F.4th 1188 (9th Cir. 2024); *see* Dkt. No. 12, 13.

2. Accordingly, the parties respectfully request that the Court order the case transferred to the Eastern District of California and direct the Clerk of Court to transfer the file.

**IT IS SO STIPULATED**.

//

//

//

| | |
|---|---|
| DATED: November 18, 2025 | Respectfully submitted,<br><br>CRAIG H. MISSAKIAN<br>United States Attorney<br><br>*/s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney<br><br>Attorneys for Respondents |
| DATED: November 18, 2025 | GONDIM LAW CORP.<br><br>*/s/ Marcelo Gondim*<br>MARCELO GONDIM<br><br>Attorneys for Petitioner |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, and in the interest of justice, the Court ORDERS that this matter be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of Court is directed to transfer the file.

DATED: November 18, 2025

_____
EUMI K. LEE
United States District Judge